**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

HENKEL CORPORATION,

      Plaintiff,

v.

BEAUTYANDWOMAN LLC,

      Defendant.

Case No.: 1:24-cv-12353

September 12, 2024

## CORPORATE DISCLOSURE STATEMENT

The undersigned, counsel of record for Plaintiff Henkel Corporation ("Henkel") hereby furnishes the following statement in compliance with Fed. R. Civ. Proc. 7.1:

1.      The undersigned represents Henkel in this action.

2.      Henkel Corporation is a wholly owned subsidiary of Henkel of America, Inc., which is a subsidiary of Henkel AG & Co. KGaA.  No other company owns 10% or more of the stock of Henkel Corporation.

Respectfully submitted,

HENKEL CORPORATION

By its attorney,

 /s/ Andraya P. Brunau
Andraya Pulaski Brunau (BBO# 688729)
abrunau@daypitney.com
Keith H. Bensten (BBO# 561475)
kbensten@daypitney.com
DAY PITNEY LLP
One Federal Street, 29th Floor
Boston, MA 02110
Tel: (617) 345-4600
Fax: (617) 345-4745

Christopher T. Holland (*motion for admission pro hac vice pending*)
cholland@hollandlawllp.com
Pei Hsien Ren (*motion for admission pro hac vice pending*)
pren@hollandlawllp.com
HOLLAND LAW LLP
220 Montgomery St., Ste. 800
San Francisco, CA 94104
Tel: (415) 200-4980
Fax: (415) 200-4989

Dated:  September 12, 2024

-2-

-3-

## <u>CERTIFICATE OF SERVICE</u>

I, Andraya Pulaski Brunau, hereby certify that on this 12th day of September, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of the filing to all counsel of record.

/s/ Andraya P. Brunau _____
Andraya Pulaski Brunau

-3-